IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., et al., | No. C 06-5276 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER REFERRING CASE FOR FURTHER SETTLEMENT CONFERENCE** |
| H&H CONTRACTING CO., INC., et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' letters regarding their settlement of this action. Although the parties reached a settlement before Magistrate Judge Bernard Zimmerman, the parties are now unable to agree on the language of their agreement. The plaintiffs request that the Court order the parties to a further settlement conference before Judge Zimmerman. The defendants, however, request that the undersigned hear the matter. As this case could potentially proceed to trial, it would be inappropriate for the undersigned to be involved in the settlement negotiations. Accordingly, the parties are REFERRED to Judge Zimmerman for a further settlement conference.

**IT IS SO ORDERED.**

Dated: March 7, 2007

MARIA-ELENA JAMES
United States Magistrate Judge