UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., et al.,<br><br>            Plaintiff(s),<br><br>     v.<br><br>H&H CONTRACTING CO., INC., et al.,<br><br>            Defendant(s). | No. C06-5276 MEJ (BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

Pursuant to Judge James' Order dated March 7, 2007, **IT IS HEREBY ORDERED** that a further settlement conference is scheduled for **Tuesday, March 27, 2007 at 4:00 p.m.** for the purpose of attempting to resolve the language of the settlement agreement. Plaintiff shall attend with counsel. Defendant H&H Contracting Co. shall attend with counsel. Defendant's insurer Cincinnati Insurance Co. shall attend. No other parties or their counsel need attend.

Whoever has custody of the settlement documents shall bring

1

1 them to the conference in electronic format capable of being
2 edited.  The goal is to have a fully executed settlement
3 agreement at the conclusion of the conference.
4 Dated: March 16, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.07\williams.sonoma.further.sc.wpd

2