Gregory D. Brown, State Bar No. 065318
Claudia Leed, State Bar No. 122676
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666

Attorneys for Plaintiffs
WILLIAMS-SONOMA, INC. and
WILLIAMS-SONOMA STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC. AND WILLIAMS-SONOMA STORES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> H & H CONTRACTING COMPANY, INC, an Ohio Corporation; HOLLISTER CO., a Delaware corporation, as a wholly owned subsidiary of ABERCROMBIE & FITCH MANAGEMENT CO., INC., ACI CONSTRUCTION COMPANY, LC, a Utah Corporation; ACI CONTRACTORS, a Utah partnership; ALISON ANN STRAUSS, a partner in ACI CONTRACTORS; RONALD DEAN SILLS, a partner in ACI CONTRACTORS; MICHELLE BROWN, DBA ACI CONTRACTORS in Utah; ABERCROMBIE & FITCH, INC., and ABERCROMBIE & FITCH STORES, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | No. C06-05276 MEJ (BZ) <br><br> **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [FRCP Rule 41(a)(1)] and ORDER** |
| AND RELATED ACTIONS | |

STIPULATION TO DISMISS ENTIRE ACTION WITH
PREJUDICE AND ORDER

1

NO.  C06-05276 MEJ (BZ)

1    Pursuant to Federal Rules of Civil Procedure 41(a)(1) and Northern District of California

2    Local Rule 7-12, Plaintiffs WILLIAMS-SONOMA, INC. and WILLIAMS-SONOMA

3    STORES, INC. ("Plaintiffs") and defendant MICHELLE BROWNE dba ACI Contractors in

4    Utah ("Browne"), defendants and third-party defendants ABERCROMBIE & FITCH, INC. and

5    ABERCROMBIE & FITCH STORES, INC. (collectively "A&F"), defendant J.M. Hollister,

6    LLC ("Hollister"), third-party defendants and third-party plaintiffs WESTFIELD GROUP,

7    WESTFIELD AMERICA, INC. and VALLEY FAIR UTC, LLC  (collectively "Westfield"), and

8    defendant and third-party plaintiff and defendant H & H CONTRACTING COMPANY, INC.

9    ("H&H"), by and through their respective attorneys of record, hereby request that this action be

10   dismissed in its entirety with prejudice, including without limitation plaintiffs' complaint,

11   H&H's third-party complaint, and Westfields' third-party complaint.  Each party is to bear their

12   own legal fees and costs.

13        IT IS SO STIPULATED.

14

15   Dated: April 18, 2007                    BURNHAM BROWN

16

17                                   By:  /s/  *Claudia Leed*

18                                        CLAUDIA LEED
                                          Attorneys for Plaintiffs
19                                        WILLIAMS-SONOMA, INC. AND
                                          WILLIAMS-SONOMA STORES, INC.
20

21   Dated: April 18, 2007                    DECKARD LAW FIRM

22

23

24                                   By:  /s/  *Diane Deckard*

                                          DIANE DECKARD
25                                        Attorneys for Defendant
                                          MICHELLE BROWNE dba ACI
26                                        CONTRACTORS, INC.

27

28

STIPULATION TO DISMISS ENTIRE ACTION WITH          2          NO.  C06-05276 MEJ (BZ)
PREJUDICE AND ORDER

Dated: April 18, 2007                    LIVINGSTON LAW FIRM


By: __/s/ *David L. Jordan*_____
DAVID L. JORDAN
Attorneys for Defendant
Attorneys for Defendant and Third-Party
Plaintiff and Defendant H & H
CONTRACTING COMPANY, INC.,
Defendants and Third-Party Defendants
ABERCROMBIE & FITCH, INC.,
ABERCROMBIE & FITCH STORES, INC.,
and Defendant J.M. HOLLISTER, LLC


Dated: April 18, 2007                    LAW OFFICES OF JEFFREY F. PACCASSI


By: ___/s/ *Richard Levine*_____
RICHARD LEVINE, ESQ.
Attorneys for Third-Party Defendants and
Plaintiffs WESTFIELD GROUP,
WESTFIELD AMERICA, INC. and
VALLEY FAIR UTC, LLC

## ORDER

Pursuant to Stipulation by the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that a Dismissal of the entire action with prejudice be

entered with each party to bear their own legal fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: ___April 19, 2007_____        _____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE MARIA-ELENA JAMES